**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **ANNA SABO,** | } | **CASE NO.:**  1:12-cv-1685 |
| | } | |
| Plaintiff, | } | **JUDGE:**  Lesley Wells |
| | } | |
| v. | } | |
| | } | |
| **PORTFOLIO RECOVERY** | } | |
| **ASSOCIATES, LLC.** | } | |
| | } | |
| Defendant. | } | |

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ J. Daniel Scharville

_____
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff