UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANNA SABO, | ) | CASE NO. 1:12 CV 01685 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | <u>ORDER OF DISMISSAL</u> |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on the plaintiff's notice of voluntary dismissal

pursuant to Fed. R. Civ. P. 41(a)(1).  This matter is hereby dismissed with prejudice.


    IT IS SO ORDERED.

                                          __/s/ Lesley Wells_____
                                          UNITED STATES DISTRICT JUDGE

Date:_5 March 2013_